

**IN THE**
**TENTH COURT OF APPEALS**

### No. 10-15-00376-CR

**SAMUEL UKWUACHU,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 54th District Court**
**McLennan County, Texas**
**Trial Court No. 2014-1202-C2**

## O R D E R

Samuel Ukwuachu was convicted of sexual assault. *See* TEX. PENAL CODE ANN. § 22.011 (West 2011). He requested and has been granted three extensions of time to file his appellate brief. He now requests a fourth extension of time, in the amount of seven days, to file his brief.

Ukwuachu's Fourth Motion to Extend Time for Filing Appellant's Brief is granted.

PER CURIAM

Before Chief Justice Gray,

Justice Davis, and
Justice Scoggins
Motion granted
Order issued and filed June 9, 2016

